1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **PRAVEENA DEVI NATH**          )   Case No.  CIV - 11-1441 GGH
   **xxx-xx-6314**                 )
12                                 )
                                   )   **STIPULATION AND ORDER**
13                                 )   **EXTENDING PLAINTIFF'S**
           **Plaintiff,**          )   **TIME TO FILE SUMMARY**
14                                 )   **JUDGMENT MOTION**
   **v.**                          )
15                                 )
   **MICHAEL J. ASTRUE**           )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                 )
           **Defendant.**          )
18                                 )
                                   )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from October 31, 2011, to

22 December 19, 2011, with defendant's reply brief due January 18, 2012. This is Plaintiff's first extension

23 and is required due to Plaintiff's counsel's impacted briefing schedule and the need to prioritize older

24 cases.

25 / / / /

26 / / / /

27 / / / /

28 / / / /

| | | |
|---|---|---|
| Dated: October 31, 2011 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: November 1, 2011                Benjamin B. Wagner
                                       United States Attorney

                                       Donna L. Calvert
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ *Armand Roth*
                                        ARMAND ROTH

                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 22, 2011

                                         /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

2