BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRAVEENA DEVI NATH**<br>xxx-xx-6314<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.  CIV - 11-1441 GGH<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from October 31, 2011, to December 19, 2011, with defendant's reply brief due January 18, 2012. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and the need to prioritize older cases.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: October 31, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 5 | Dated: November 1, 2011 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 7 | | Donna L. Calvert |
| 8 | | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | /s/ *Armand Roth*<br>ARMAND ROTH |
| 11 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 22, 2011

   /s/ Gregory G. Hollows   
UNITED STATES MAGISTRATE JUDGE

2