BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PRAVEENA DEVI NATH, ) <br> ) <br>     Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 11-cv-01441-GGH <br><br> STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF |

\\\\\

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to March 12, 2012, to file the responsive brief. This is Defendant's first request. This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

Respectfully submitted on January 31, 2012,

/s/ Bess M. Brewer  *
BESS M. BREWER
Plaintiff's Attorney
* by Armand Roth by email authorization of 1/17/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration


/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED


DATED January 31, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE