1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX,
3   Social Security Administration

4   ARMAND D. ROTH
    Special Assistant United States Attorney
5   California Bar No.  214624

6       333 Market Street, Suite 1500
        San Francisco, California 94105
7       Telephone:  (415) 977-8924
        Facsimile:  (415) 744-0134
8       E-Mail:Armand.Roth@ssa.gov

9

10  Attorneys for Defendant Commissioner of Social Security

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                        **SACRAMENTO DIVISION**

PRAVEENA DEVI NATH,                 )
                                    )       CIVIL NO. 11-cv-01441-GGH
        Plaintiff,                  )
                                    )
        v.                          )
                                    )
                                    )       STIPULATION AND ORDER EXTENDING
MICHAEL J. ASTRUE,                  )       TIME FOR DEFENDANT TO FILE BRIEF
Commissioner of Social Security,    )
                                    )
        Defendant.                  )
_____)

\\\\\

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

2

approval of the Court, that Defendant shall have a 30-day extension of time, up to March 12, 2012,

3

to file the responsive brief.  This is Defendant's first request.  This extension is requested because

4

Defendant's counsel needs additional time due to an unusually heavy workload.

5

Respectfully submitted on January 31, 2012,

6

/s/ Bess M. Brewer  *
BESS M. BREWER

7

Plaintiff's Attorney
* by Armand Roth by email authorization of 1/17/12

8

BENJAMIN B. WAGNER

9

United States Attorney
DONNA L. CALVERT

10

Acting Regional Chief Counsel, Region IX,
Social Security Administration

11

12

/s/ ARMAND D. ROTH
ARMAND D. ROTH)

13

Special Assistant U.S. Attorney

14

Attorneys for Defendant

15

16

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

17

18

DATED January 31, 2012

18

/s/ Gregory G. Hollows

19

UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28