1   BENJAMIN B. WAGNER
United States Attorney
2   DONNA CALVERT
Acting Regional Chief Counsel, Region IX
3   BRENDA M. PULLIN
Special Assistant United States Attorney
4   Social Security Administration

5       160 Market Street, Suite 800
San Francisco, California  94105
6       Telephone:  (415) 977-8975
Facsimile:  (415) 744-0134
7       E-Mail:Brenda.Pullin@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13   PRAVEENA DEVI NATH,              )
                                      )   CASE NO. 2:11-CV-01441-GGH
14            Plaintiff,              )
                                      )
15                 v.                 )   STIPULATION AND ORDER FOR THIRD
                                      )   EXTENSION OF TIME TO FILE
16   MICHAEL J. ASTRUE,               )   DEFENDANT'S CROSS-MOTION
     Commissioner of Social Security, )
17                                    )
              Defendant.              )
18   _____)

19

20

21          The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

22   of the attached Order, that Defendant shall have a third extension of time, of 1 day, to file his

23   cross-motion for summary judgment.

24          The extension is being sought due to defendant's counsel's unexpectedly being incapacitated due

25   to medical issues on April 26, 2012.

26          Given these constraints, the Commissioner respectfully requests an additional day in which to

27   file the Commissioner's cross-motion for summary judgment.  The new due date will be April 27, 2012.

28   \\\\\

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 27, 2012                    */s/ Bess M. Brewer*
                                         (As authorized via e-mail)
                                         BESS M. BREWER
                                         Attorney for Plaintiff

Dated: April 27, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ *Brenda M. Pullin*
                                         BRENDA M. PULLIN
                                         Special Assistant U.S. Attorney


IT IS SO ORDERED:


Dated: May 3, 2012


                             /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

2