1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA CALVERT
Acting Regional Chief Counsel, Region IX
3 BRENDA M. PULLIN
Special Assistant United States Attorney
4 Social Security Administration

5    160 Market Street, Suite 800
   San Francisco, California  94105
6    Telephone:  (415) 977-8975
   Facsimile:  (415) 744-0134
7    E-Mail:Brenda.Pullin@ssa.gov

8 Attorneys for Defendant

9 UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11 SACRAMENTO DIVISION

| | |
|---|---|
| PRAVEENA DEVI NATH, | CASE NO. 2:11-CV-01441-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a third extension of time, of 1 day, to file his cross-motion for summary judgment.

The extension is being sought due to defendant's counsel's unexpectedly being incapacitated due to medical issues on April 26, 2012.

Given these constraints, the Commissioner respectfully requests an additional day in which to file the Commissioner's cross-motion for summary judgment. The new due date will be April 27, 2012.

\\\\\

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 27, 2012   /s/ *Bess M. Brewer*
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: April 27, 2012   BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: May 3, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE